IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                             **PLAINTIFF**

V.                           CASE NO. 4:25-CV-675-JM-BBM

**DREW COUNTY DETENTION**
**FACILITY, et al,**                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by United States Magistrate Judge Benecia Moore. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Stanley's case is DISMISSED without prejudice for failure to comply with the Court's Orders. The Court certifies that an appeal from this Order and the accompanying judgment would not be taken in good faith. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE