# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                          **PLAINTIFF**

**V.**                      **CASE NO. 4:25-CV-675-JM-BBM**

**DREW COUNTY DETENTION FACILITY, et al,**                                    **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
James M. Moody Jr
United States District Judge